JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO IBARRA,<br><br>                          Petitioner,<br><br>                v.<br><br>MEDICAL,<br><br>                          Respondent. | NO. SACV 26-0704-DSF (AGR)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus Without Prejudice to Filing a Civil Rights Action,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice to Petitioner's ability to file a separate civil rights action.

DATED:  May 21, 2026

_____
DALE S. FISCHER
United States District Judge